IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.                                      NO. 5: 06-MJ-12-03 (CWH)

**VERNON T. ROBINSON,**                  **Violation of Conditions of Supervised Release**
                                         **NO. CR497-00200-003 — S. D. GEORGIA**

Supervised Releasee

# ORDER OF REMOVAL

**TO:  UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the SOUTHERN DISTRICT OF GEORGIA charging **VERNON T. ROBINSON** with violation of the terms of his sentence of supervised release entered in that district on September 23, 1998, and said supervised releasee having been arrested in the Middle District of Georgia;

At an appearance on December 20, 2006, before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, said supervised releasee was advised of allegations pending against him in the SOUTHERN DISTRICT OF GEORGIA and of his legal and constitutional rights. He was represented by Mr. Larry Fouché of the Macon Bar by appointment of the court.  Proper documentation was presented to the court and provided to the supervised releasee and counsel. The supervised releasee admitted his identity; therefore, removal to the district of prosecution is appropriate.

The court this day conducted a PRELIMINARY HEARING under Rule 32.1 of the Federal Rules of Criminal Procedure as well as a DETENTION HEARING, the supervised releasee having requested that the same be conducted in the district of arrest. Probable cause that he has violated conditions of supervision has been clearly established with the production of a certified copy of his conviction in the State Court of Bibb County on December 1, 2006, for the offense of SIMPLE BATTERY (Family Violence Act). Upon consideration of the issue of release from custody, and noting the request for detention made by the government, the court finds that release from the custody of the United States Marshal is not appropriate under the circumstances of this case. By separate order this day entered, VERNON T. ROBINSON is ordered DETAINED in the custody of the U. S. Marshals Service.

Accordingly, YOU ARE HEREBY COMMANDED to **REMOVE** said supervised releasee

forthwith to the SOUTHERN DISTRICT OF GEORGIA, and there deliver him to the United States

Marshal for that District or to such other officer authorized to receive him.

      SO ORDERED, this 22nd day of DECEMBER, 2006.



                                       CLAUDE W. HICKS, JR.
                                       UNITED STATES MAGISTRATE JUDGE

| RETURN |
| --- |

_____District of_____

      Received the within warrant of removal on the_____day of_____,

20____, and executed same.

                                _____

                                DEPUTY U. S. MARSHAL